UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.
                                    Case No. 12-cr-103-01-SM

Robert Brackett,
    Defendant

O R D E R

Defendant Brackett's Assented-to Motion to Continue the final pretrial conference and trial to a date no earlier than February 20, 2013 (document no. 16). Trial has been rescheduled for the month of March 2013. Defendant Brackett shall file a waiver of speedy trial rights on December 7, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 8, 2013 at 10:30 a.m.

Jury selection will take place on March 19, 2013 at 9:30 a.m.

SO ORDERED.

_Steven J. McAuliffe_
U.S. District Judge

November 29, 2012

cc: Behzed Mirhashem, Esq.
Debra Walsh, AUSA
U.S. Marshal
U.S. Probation